IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

James G. Blakely, a/k/a James Gatewood Blakely,  )
                                                               )
        Plaintiff,                     )
                                                                )
vs.                                    )   Civil Action No. 5:12-2649-MGL-KDW
                                                                )
Leroy Cartledge, Warden, *et al.*,     )
                                                                )
        Defendants.                    )
_____)

## ORDER

Plaintiff James G. Blakely ("Plaintiff"), proceeding *pro se*, brings this civil action pursuant to 42 U.S.C. § 1983, alleging violations of his constitutional rights. (Doc. # 1).

The matter now comes before this Court for review of the Report and Recommendation ("the Report") filed by Magistrate Judge Kaymani D. West, to whom this case had previously been assigned. In the Report, the Magistrate Judge recommends that Defendants' Motion for Summary Judgment be granted and that Plaintiff's Complaint be dismissed without prejudice to permit Plaintiff to exhaust his administrative remedies. (Doc. # 63). Objections were due by November 12, 2013. Plaintiff has filed no objections to the Report.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that Report. 28 U.S.C. § 636. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report and Recommendation. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation is **ACCEPTED**.  (Doc. # 63).  The remaining Defendants' Motion for Summary Judgment is **GRANTED**, (Doc. # 53), and Plaintiff's Complaint is dismissed *without prejudice*.

**IT IS SO ORDERED**.


November 22, 2013                                                                    　s/Mary G. Lewis_____
Florence, South Carolina                                                           United States District Judge